**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

Motion GRANTED.
Hearing reset for
10/31/16 at 11:00
a.m.

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ] | |
| | ] | |
| | ] | |
| **v.** | ] | **No. 3:15-cr-26** |
| | ] | **JUDGE TRAUGER** |
| | ] | |
| **STEPHEN RANDALL LUXFORD** | ] | |

**MOTION TO CONTINUE HEARING**
**ON SUPERVISED RELEASE VIOLATION SUMMONS DATE**

Comes now Stephen Randall Luxford, through counsel, and moves the Court to continue the Hearing On Supervised Release Violation Summons set for April 29, 2016. In support of this motion, Mr. Luxford submits the following:

1. This Court's hearing date was scheduled to allow Mr. Luxford to complete his court proceedings in the Putnam County, Tennessee General Sessions Court. DE 12, Order. His court date in Putnam County Tennessee General Sessions was set for April 27, 2016.

2. On April 27, 2016, undersigned counsel received notification from Mr. Luxford's state defense counsel, Marti Crawford, that the Putnam County General Sessions Court continued Mr. Luxford's case for six months to October 26, 2016. On that date, provided Mr. Luxford has not violated the law or the conditions of his State bond, the charges will be dismissed. Mr. Luxford did not plead guilty to any offense, and is not on diversion or probation. Mr. Luxford will be responsible for paying court costs if the case is dismissed on October 26, 2016, and will remain on the current conditions of bond on the State charge in the mean time.

3. Mr. Luxford's hearing on the matter in this Court was previously continued because the disposition of the Putnam County, Tennessee case was believed likely to influence the outcome of the above-styled matter, (DE 11, Motion to Continue; DE 12, Order). The anticipated